■ In the Matter of VINCENT KISSEL et al., Appellants, v CHARLES V. ZIMMERMANN et al., Respondents. [631 NYS2d 524] —Appeal by the petitioners from a judgment of the Supreme Court, Rockland County (Murphy, J.), dated December 14, 1993.

Ordered that the judgment is affirmed, with one bill of costs to the respondents appearing separately and filing separate briefs, for reasons stated by Justice Murphy at the Supreme

Court. Copertino, J. P., Santucci, Altman and Friedmann, JJ., concur.